IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

        Plaintiff,                     No. CIV S-06-0065 LKK GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.             ORDER

                                /

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2006, the court found that plaintiff's complaint stated a colorable claim for relief against all defendants but for defendants Sandham and Bacon. The court granted plaintiff thirty days to file an amended complaint.

On April 24, 2006, plaintiff filed an amended complaint. The amended complaint contains only claims against defendants Sandham and Bacon.

The court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

1

1  Plaintiff's amended complaint is defective because it does not contain plaintiff's allegations
2  against the other defendants. Accordingly, the amended complaint is dismissed with leave to file
3  a second amended complaint. The second amended complaint must include plaintiff's claims
4  against all defendants.
5           Accordingly, IT IS HEREBY ORDERED that plaintiff's amended complaint filed
6  April 24, 2006, is dismissed with thirty days to file a second amended complaint; if plaintiff does
7  not file a second amended complaint within that time, the court will issue further orders.
8  DATED: 6/2/06

                                            /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

13 ggh:kj
   king65.am