1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  KEVIN KING,

11            Plaintiff,                    No. CIV S-06-0065 LKK GGH P

12        vs.

13  CDCR, et al.,

14            Defendant.                    ORDER

15  _____/

16            Good cause appearing, IT IS HEREBY ORDERED that defendants' November

17  22, 2006, request for extension of time is granted; defendants' responsive pleading is due on or

18  before December 28, 2006.

19  DATED: 12/1/06                          /s/ Gregory G. Hollows

20                                          _____
                                            GREGORY G. HOLLOWS
21                                          UNITED STATES MAGISTRATE JUDGE

22  king65.eot

23

24

25

26