IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

        Plaintiff,                  No. CIV S-06-0065 LKK GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.            <u>ORDER</u>

                                 /

        On November 28, 2006, defendant Rohlfing filed a motion to dismiss. On December 27, 2006, defendants Runnels and Clement filed a motion to dismiss. On December 27, 2006, plaintiff filed an opposition to defendant Rohlfing's motion to dismiss.

        Plaintiff has not filed an opposition to the motion to dismiss filed by defendants Runnels and Clement.

1

1       Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this
2 order, plaintiff shall show cause for his failure to oppose the motion to dismiss filed December
3 27, 2006, by defendants Runnels and Clement; plaintiff shall file his opposition within that time
4 as well.

5 DATED: 2/26/07

6                                      /s/ Gregory G. Hollows

7                                  UNITED STATES MAGISTRATE JUDGE

9 king65.osc