IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                    No. CIV S-06-0065 LKK GGH P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.              <u>ORDER</u>
_____/

      Plaintiff has requested an extension of time to file an opposition to defendants' March 15, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 18, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' March 15, 2007 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 4/27/07

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp;king0065.36(2)