1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN KING,

11          Plaintiff,                    No. CIV S-06-0065 LKK GGH P

12       vs.

13   CDCR, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights

17   action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On July 16, 2007, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed July 16, 2007, are adopted in full;

3        2.  Defendant Rohlfing's motion to dismiss filed November 28, 2006, is denied;

4    and

5        3.  The motion to dismiss filed March 15, 2007, is granted as to defendant

6    Clement; the motion to dismiss filed March 15, 2007, is denied as to defendants Sandham,

7    Runnels and Boican.

8    DATED: September 11, 2007.

9

10   _____
     LAWRENCE K.  KARLTON

11   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26