IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

       Plaintiff,                    No. CIV S-06-0065 LKK GGH P

   vs.

CDCR, et al.,

       Defendants.         <u>ORDER</u>

_____/

       On September 12, 2007, plaintiff filed a notice stating that he was unable to attend his deposition scheduled for September 19, 2007, due to "other legal matters." Plaintiff must first attempt to reschedule his deposition with defense counsel. If the parties cannot resolve this matter, plaintiff should refile his request.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's September 12, 2007, motion to reschedule his deposition is denied.

DATED: 9/18/07                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:bb
king0065.36(3)