IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

     Plaintiff,                      No. CIV S-06-0065 LKK GGH P

     vs.

CDCR, et al.,

     Defendants.               <u>ORDER</u>

/

        On July 16, 2007, defendants Rausch, Goforth, Correa, Look, Hitt and Watkins were ordered to file an answer to the second amended complaint within twenty days of the adoption of the July 16th findings and recommendations. On September 12, 2007, Judge Lawrence K. Karlton, adopted the findings and recommendations, making defendants answer due October 12, 2007. To date, an answer has not been received.

        Therefore, defendants Rausch, Goforth, Correa, Look, Hitt and Watkins shall show cause for their failure to file an answer to the second amended complaint.

        On September 12, 2007, Judge Karlton denied motions to dismiss filed by defendants Rohlfing, Sandham, Runnels and Boican. Within twenty days of the date of this order, these defendants shall file an answer to the second amended complaint.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of this order, defendants Rausch, Goforth, Correa, Look, Hitt and Watkins shall show cause for their failure to file an answer to the second amended complaint;

2. Within twenty days of the date of this order, defendants Rohlfing, Sandham, Runnels and Boican shall file an answer to the complaint.

DATED: 11/28/07                                            /s/ Gregory G. Hollows

                                                           UNITED STATES MAGISTRATE JUDGE

GGH:035
king0065.osc