IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

      Plaintiff,                        No. CIV S-06-0065 LKK GGH P

    vs.

CDCR, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On September 12, 2007, Judge Karlton ordered defendants to file an answer to the second amended complaint on or before October 12, 2007. On November 28, 2007, the court ordered defendants Rausch, Goforth, Correa, Look, Hitt and Watkins to show cause for their failure to file an answer to the second amended complaint. On November 30, 2007, defendants filed a response to the show cause order. Defendants state that they filed an answer on August 1, 2007, i.e. before Judge Karlton issued his order. Good cause appearing, the order to show cause is discharged.

        In their November 30, 2007, response, defendants request permission to file an amended answer to the second amended complaint because defendant Correa was inadvertently omitted from the answer filed August 1, 2007. The amended answer is attached to this pleading. Good cause appearing, this request is granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The November 28, 2007, order to show cause is discharged;

2. Defendants' request to file an amended answer is granted; the Clerk shall separately file the amended answer attached to defendants' November 30, 2007, response to the show cause order.

DATED:  12/13/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

king65.dis