IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

No. CIV S-06-0065 LKK GGH P

ORDER

_____/

    Annexed to this Order is plaintiff's Exhibit List and plaintiff's exhibits. No other exhibits will be permitted unless the procedures set forth in the court's June 9, 2010, Pretrial order are followed.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's exhibit lists be deemed plaintiff's proposed exhibits for trial.

DATED: July 28, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
king0065.ord3