1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN KING,

11          Plaintiff,                    No. CIV S-06-0065 LKK GGH P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,

14
            Defendants.                   ORDER

15
     _____/

16
             On July 26, 2010, a trial confirmation hearing was held before the Honorable

17
     Lawrence K. Karlton.  Plaintiff is a prison inmate proceeding pro se with a civil rights action.

18
     The jury trial is set for October 26, 2010, at 10:30 a.m., before Judge Karlton.

19
             Plaintiff filed a motion on July 19, 2010 (Doc. 134), requesting an extension of

20
     time and law library access to file an exhibit list, requesting that his mother and a reporter for the

21
     Sacramento Bee testify at trial and requesting an extension of time to return subpoenas to the

22
     court in order to obtain the appearance of non-incarcerated witnesses.

23
             The motion is denied for the following reasons.  Plaintiff has now provided his

24
     exhibits to the court which will be itemized, placed on the docket and returned to plaintiff,

25
     therefore plaintiff does not need an extension or law library access.  Plaintiff's request for his

26

                                          1

1    mother and a reporter to testify is denied as these witnesses are not relevant and would only

2    testify to hearsay.  At the hearing, plaintiff indicated that he is being released from custody in a

3    month and will then fill out the subpoenas and return them to the court with money orders.

4          Accordingly, IT IS HEREBY ORDERED that plaintiff's July 19, 2010 motion is

5    denied, in that:

6          1. Plaintiff's request for law library access and an extension to file an exhibit list

7    is denied as moot;

8          2. Plaintiff's request for his mother and reporter for the Sacramento Bee be

9    allowed to testify is denied;

10         3. Plaintiff's request for an extension to return the subpoenas is denied as moot.

11    DATED: July 28, 2010.

12

13

14                 LAWRENCE K. KARLTON
                   SENIOR JUDGE

15                 UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26