| | |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED**<br>February 4, 2011 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br><br>DEPUTY CLERK |

## JUDGMENT IN A CIVIL CASE

KEVIN KING

          v.          CASE NUMBER: CIV S-2:06-cv-065 LKK GGH

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,


**XX** -- **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried or heard and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED  FEBRUARY 3, 2011.**


                            Victoria C. Minor,
                            Clerk of the Court

ENTERED:    February 4, 2011

                            by: /s/ R. Becknal,
                            Deputy Clerk